IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARQUES LARANCE CHALMERS, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | No. 3:04-CV-0317-H |
| | § | |
| DOUGLAS DRETKE, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| Respondent. | § | |



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV 14 2005

CLERK, U.S. DISTRICT COURT
By _____
Deputy

## ORDER

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, I am of the opinion that the findings and conclusions of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

IT IS, THEREFORE, ORDERED that the findings, conclusions, and recommendation of the United States Magistrate Judge are adopted.

SIGNED this _14_ day of __Nov.__, 2005.

BAREFOOT SANDERS
UNITED STATES DISTRICT JUDGE